UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 12-2587 |
| JOSEPH AVERSA | : | |
| | : | SEALING ORDER |
| | : | |

This matter having come before the Court upon the application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jonathan W. Romankow, Assistant United States Attorney, appearing), for a sealing order with respect to the Complaint filed against the person named in the warrant and for good cause shown,

It is the 7th day of November, 2012,

ORDERED that, with the exception of copies of the arrest warrant to be provided by the Court to the United States Attorney's Office and to law enforcement officers, the Complaint and all other documents in this matter are hereby sealed until the arrest of the individual named in the warrant or until further order of this Court.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge