UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Magistrate No. 12-2587 (DA) |
| JOSEPH AVERSA | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Complaint, Magistrate No. 12-2587 against Joseph Aversa, which Complaint was filed on November 7, 2012, charging him with destruction of records in a federal investigation in violation of Title 18, United States Code, Section 1519; and destruction of property to prevent seizure in violation of Title 18, United States Code, Section 2232(a), because these charges were superseded by the charges in Information docket number 14-116(FLW).

This dismissal is with prejudice.

*[signature]*
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

*[signature]*
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Date: March 3, 2015